IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AL-GHANIYY PRICE, | § | |
| | § | No. 430, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 2212010900 (N) |
| STATE OF DELAWARE, | § | 2306000465 (N) |
| | § | |
| Appellee. | § | |

Submitted: March 13, 2026
Decided: March 27, 2026

## ORDER

On February 10, 2026, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Al-Ghaniyy Price, because he had not filed an opening brief by the February 6 deadline set by the Court. On February 26, the Chief Deputy Clerk issued a notice, sent by certified mail, to Price directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. Price received the notice on March 2. A timely response to the notice was due on or before March 12. To date, Price has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice